IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOREH J. BUCHANAN,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**SONY MUSIC ENTERTAINMENT, WARNER MUSIC GROUP, UNIVERSAL MUSIC GROUP, NBC UNIVERSAL PICTURES, AND SONY ATV MUSIC PUBLISHING,**<br><br>   **Defendants.** | **Case No. 1:18-cv-3028-(KBJ)** |

**DEFENDANT UNIVERSAL PICTURES' UNOPPOSED MOTION
FOR EXTENSION OF TIME**

Defendant Universal Pictures (incorrectly named herein as "NBC Universal Pictures"), by and through undersigned counsel, hereby requests a 21-day extension of time, to and including May 2, 2019, by which Universal Pictures must answer, move or otherwise respond to the complaint, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure; Rules 5.4(a), 7(a), (c) and (m) of the Local Rules of the United States District Court for the District of Columbia, and Rule 5(b) of this Court's General Order and Guidelines for Civil Cases. In support of this motion, Universal Pictures states the following:

1. The current deadline by which Universal Pictures must answer, move or otherwise respond is April 11, 2019.

2. Universal Pictures received the complaint and summons via certified mail in its office in California on March 21, 2019. In-house litigation counsel for Universal Pictures received the complaint on March 25, 2019, and outside counsel was engaged on April 3, 2019.

Universal Pictures needs additional time to review plaintiff's claims, which involve alleged infringements by 56 music recordings and eight full-length motion pictures.

3. Universal Pictures has not requested any previous extensions of time for any purpose.

4. The requested extension of time will not impact any previously established deadlines.

5. Pursuant to Local Rule 7(m) and Rule 5(b)(vi) of this Court's General Order and Guidelines for Civil Cases, Universal Pictures' counsel contacted Plaintiff on April 4, 2019. Plaintiff responded on April 5, 2019, and stated he had no objection to the filing of this motion or the granting of the requested extension.

6. This motion is made in good faith and is not an attempt to hinder or delay the progress of this matter.

WHEREFORE, Defendant Universal Pictures respectfully requests that the Court grant it an additional 21 days, up to and including May 2, 2019, to answer, move or otherwise respond to Plaintiff's complaint.

Dated: April 5, 2019

BALLARD SPAHR LLP

By: /s/Matthew E. Kelley

Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1112
F: (202) 661-2299

*Counsel for Defendant Universal Pictures*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2019, I caused the foregoing Defendant Universal Pictures' Unopposed Motion for Extension of Time to be filed and served electronically via the Court's CM/ECF system upon counsel of record.  In addition, I caused the foregoing to be served via U.S. Mail on Plaintiff, as follows:

>Moreh J. Buchanan
>10153 Royal Drive
>St. Louis, MO 63136


>*Plaintiff pro se*


Dated:  April 5, 2019                           */s/ Matthew E. Kelley*
                                                         Matthew E. Kelley